CLOSED, ECF

# U.S. District Court
## Northern District of Texas (Abilene)
### CIVIL DOCKET FOR CASE #: 1:07-cv-00068
Internal Use Only

| | |
|---|---|
| Leavitt v. Pfizer, Inc. | Date Filed: 03/29/2007 |
| Assigned to: Judge Sam R Cummings | Date Terminated: 06/04/2007 |
| Cause: 28:1391 Personal Injury | Jury Demand: Both |
| | Nature of Suit: 365 Personal Inj. Prod. Liability |
| | Jurisdiction: Diversity |

**Plaintiff**

**Jeanne E. Leavitt**　　　　represented by　**Matthew E Lundy**
Lundy & Davis LLP
333 N Sam Houston Pkwy E
Suite 375
Houston, TX 77060-2487
281/272-0797
Fax: 281/272-0781
Email: mlundy@lundydavis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer, Inc.**　　　　represented by　**Leslie Anne Benitez**
Clark Thomas & Winters - Austin
300 W Sixth St Suite 1500
PO Box 1148
Austin, TX 78767-1148
512/472-8800
Fax: 512/495-8881 FAX
Email: vtf@ctw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/29/2007 | 1 | COMPLAINT against Pfizer, Inc. filed by Jeanne E. Leavitt. (Filing fee $350; Receipt number AB452) (jgf) (Entered: 03/29/2007) |
| 03/29/2007 | 2 | Summons Issued as to Pfizer, Inc.. (jgf) (Entered: 03/29/2007) |
| 03/29/2007 | 3 | Order Designating Case for ECF - see order for specifics. (Signed by |

| | | |
|---|---|---|
| | | Judge Sam R Cummings on 9/1/06) (jgf) (Entered: 03/29/2007) |
| 05/11/2007 | 4 | SUMMONS Returned Executed as to Pfizer, Inc. served on 4/23/2007, answer due 5/14/2007. (njs) (Entered: 05/11/2007) |
| 05/14/2007 | 5 | Agreed Motion for Extension of Time to File Answer *to Plaintiff's Original Complaint* by Pfizer, Inc. (Attachments: # 1 Text of Proposed Order Agreed Order Extending Time to File Responsive Pleading) (Benitez, Leslie) (Entered: 05/14/2007) |
| 05/14/2007 | 6 | ORDER granting 5 Motion for Extension of Time to File Answer re 5 Agreed Motion for Extension of Time to File Answer to Plaintiff's Original Complaint; Pfizer, Inc. answer due 5/28/2007. (Signed by Judge Sam R Cummings on 05/14/07) (mje) (Entered: 05/14/2007) |
| 05/23/2007 | 7 | ANSWER to Complaint by Pfizer, Inc. (Benitez, Leslie) (Entered: 05/23/2007) |
| 05/23/2007 | 8 | Corporate Disclosure Statement by Pfizer, Inc.. (Benitez, Leslie) (Entered: 05/23/2007) |
| 05/23/2007 | 9 | CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT by Pfizer, Inc.. (Benitez, Leslie) (Entered: 05/23/2007) |
| 05/23/2007 | 10 | Unopposed MOTION for leave to proceed without local counsel by Pfizer, Inc. (Attachments: # 1 Text of Proposed Order) (Benitez, Leslie) (Entered: 05/23/2007) |
| 05/23/2007 | 11 | Brief/Memorandum in Support filed by Pfizer, Inc. re 10 Unopposed MOTION for leave to proceed without local counsel *Brief in Support of Defendant Pfizer Inc.'s Unopposed Motion for Leave to Proceed Without Local Counsel* (Benitez, Leslie) (Entered: 05/23/2007) |
| 05/24/2007 | 12 | ORDER granting 10 Motion for Leave to Proceed without Local Counsel (Signed by Judge Sam R Cummings on 05/24/07) (mje) (Entered: 05/24/2007) |
| 06/01/2007 | 13 | SCHEDULING ORDER:Amended Pleadings due by 3:00 p.m. on 9/14/2007, Discovery due by 3:00 p.m. on 4/15/2008, Joinder of Parties due by 3:00 p.m. on 9/14/2007, Motions due by 3:00 p.m. on 4/15/2008. (Signed by Judge Sam R Cummings on 06/01/07) (mje) (Entered: 06/01/2007) |
| 06/04/2007 | 14 | Order Directing Administrative Closure. (Signed by Judge Sam R Cummings on 6/4/07) (jgf) (Entered: 06/04/2007) |